# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| **CENTRAL MAINE MEDICAL CENTER,** | ) ) ) ) | |
| v. | ) | **\*\*Civil No. 07-42-P-S** |
| | ) | |
| **MICHAEL O. LEAVITT, Secretary of The United States Department of Health And Human Services,** | ) ) ) ) | |
| **Defendants** | | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 21, 2008, his Recommended Decision (Docket No. 20). Plaintiff filed its Objection to the Recommended Decision (Docket No. 21) on March 10, 2008. The Defendant filed its response to Plaintiff's Objection (Docket No. 12) on March 24, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Motion for Judgment (Docket No. 13) is **GRANTED**.

3.  It is hereby **ORDERED** that Plaintiff's Motion for Judgment (Docket No. 12) is **DENIED**.

                                                /s/George Z. Singal_____
                                                Chief U.S. District Judge

Dated: April 16, 2008